IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JERRY M. PITTMAN and THE ESTATE OF CYNTHIA C. PITTMAN,** § § § § § | |
| Plaintiffs, § | Civil Action No. 4:13-cv-749-O |
| v. § § | |
| **JPMORGAN CHASE BANK, N.A.,** § § | |
| Defendant. § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's Motion to Dismiss (ECF No. 5) is hereby **GRANTED** and Plaintiffs' claims against Defendant are **DISMISSED without prejudice**.

**SO ORDERED** on this **22nd day of January, 2014.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE