IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JERRY M. PITTMAN and THE ESTATE OF CYNTHIA C. PITTMAN, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | § § § § § § § § § § § § § § | Civil Action No. 4:13-cv-749-O |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's Motion to Dismiss (ECF No. 5) is hereby **GRANTED** and Plaintiffs' claims against Defendant are **DISMISSED without prejudice**.

**SO ORDERED** on this **22nd day of January, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE